■ JAMES CARR et al., Respondents, v GRACE SULLIVAN et al., Defendants, ATLAS FUEL OIL CORP. et al., Respondents, and ROYAL & SUN ALLIANCE USA, Appellant. (And a Third-Party Action.) [822 NYS2d 448]—Appeal from order, Supreme Court, Bronx County (Bertram Katz, J.), entered January 18, 2005, unanimously withdrawn in accordance with the correspondence of the parties hereto. No opinion. Order filed. Concur—Sullivan, J.P., Nardelli, Williams, Sweeny and McGuire, JJ.

■ FISK BUILDING ASSOCIATES L.L.C., Respondent, v SATO CONSTRUCTION CO. INC., Doing Business as FLAG WATERPROOFING & RESTORATION CO., Defendant, and ALFRED KARMAN, Appellant. [822 NYS2d 448]—Appeal from order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered April 18, 2005, unanimously dismissed pursuant to the terms of the stipulation of settlement of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Saxe, Nardelli, Gonzalez and Catterson, JJ.